

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00320-CV

| | | |
|---|---|---|
| PLATFORM II, LLC AND ENPLAT II, LLC, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-361030-25) |
| V. | § | August 28, 2025 |
| PEGASUS RESOURCES, LLC AND MCMULLEN MINERALS, LLC, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker